UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SHERI SHAW, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 3:19-cv-00242 |
| | ) |
| PAYPAL, INC., | ) |
| d/b/a BILL ME LATER, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is the parties' Joint Motion to Stay Proceedings in Favor of Arbitration. (Doc. No. 13.) The parties jointly represent that the action is governed and controlled by Terms and Conditions, which are attached to the motion, that, among other things, require any disputes or claims to be resolved exclusively through "final and binding arbitration." (Id. at 1; Doc. No. 13-1 at 15.) Accordingly, for good cause shown, all proceedings in this Court are **STAYED** until further order and the parties are **ORDERED** to submit the claims in this matter to binding arbitration. The parties **SHALL NOTIFY** the Court upon the conclusion of the arbitration proceedings. The Clerk shall administratively close this case subject to re-opening after the arbitration.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE